JOHN W. HUBER, United States Attorney (#7226)
VICTORIA K. McFARLAND, Special Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT
2019 APR -3  A 11: 33
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID KEITH VAUGHN, <br><br> Defendant. | **INDICTMENT** <br><br> VIOLATIONS: <br> Counts I, II, and III: 18 U.S.C. § 641 <br>   (Unauthorized Sale of Government <br>   Property). <br><br> Case: 1:19-cr-00037 <br> Assigned To : Kimball, Dale A. <br> Assign. Date : 4/3/2019 <br> Description: |

The Grand Jury Charges:

### COUNT I
18 U.S.C. § 641
(Unauthorized Sale of Government Property)

On or about April 24, 2018, in the Northern Division of the District of Utah,

DAVID KEITH VAUGHN,

defendant herein, did willfully and knowingly and without authority sell, convey, and dispose of property belonging to the United States Forest Service, a department or agency of the United States, in an amount less than $1,000.00, all in violation of 18 U.S.C. § 641.

## COUNT II
18 U.S.C. § 641
(Unauthorized Sale of Government Property)

On or about May 12, 2018, in the Northern Division of the District of Utah,

DAVID KEITH VAUGHN,

defendant herein, did willfully and knowingly and without authority sell, convey, and dispose of property belonging to the United States Forest Service, a department or agency of the United States, in an amount greater than $1,000.00, all in violation of 18 U.S.C. § 641.

## COUNT III
18 U.S.C. § 641
(Unauthorized Sale of Government Property)

On or about July 19, 2018, in the Northern Division of the District of Utah,

DAVID KEITH VAUGHN,

defendant herein, did willfully and knowingly and without authority sell, convey, and dispose of property belonging to the Veterans Administration, a department or agency of the United States, in an amount greater than $1,000.00, all in violation of 18 U.S.C. § 641.

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

*Victoria K. McFarland*
VICTORIA K. McFARLAND
Special Assistant United States Attorney

2